JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SCHWARTZ E LIQUID, a California Corporation, and THUY NGUYEN, an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>TSJ SIMPLY NAKED, LLC, a California Limited Liability Company; A/K/A SIMPLY NAKED THC; A/K/A NAKED THC; and DOES 1 through 10, inclusive.<br><br>　　　　Defendants. | Case No. 8:18-cv-00692-CJC-FFM<br><br>**ORDER GRANTING STIPULATED PERMANENT INJUNCTION** |

Rutan & Tucker, LLP
attorneys at law

2835/034352-0005
12736684

ORDER GRANTING STIPULATED INJUNCTION

Pursuant to the Stipulation for Permanent Injunction entered into by and between plaintiffs The Schwartz E Liquid and Thuy Nguyen (collectively "Plaintiffs" or "Schwartz"), and defendant TSJ Simply Naked, LLC ("Defendant"), (collectively, the "Parties"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant and each of its officers, directors, employees, partners, predecessors, successors, affiliates, assigns, agents, representatives, heirs, and attorneys, agrees that on or after May 21, 2019 (the "Sell Off Period"), it will not use "NAKED" or "NKD," either alone or in combination with other words or symbols, such as Schwartz's NKD100 and NAKED 100 marks ("Plaintiffs" Marks"), in the marketing, sales, distribution, promotion, advertising, or identification of cannabis and cannabis related products, and for products or services relating to electronic cigarettes, electronic cigarette liquid (e-liquid), oral vaporizers for smoking purposes, or other smoking products or goods in Class 34, or in any other manner in connection with any business in the United States that is likely to cause the relevant consumer to tend to identify or associate Defendant's businesses or services with Plaintiffs or their products;

2. Defendant and each of its officers, directors, employees, partners, predecessors, successors, affiliates, assigns, agents, representatives, heirs, and attorneys, and all persons and entities acting for with, by, through or under it, and any others within its control or supervision, and all others in active concert or participation with the above, are permanently enjoined and restrained, after the end of the Sell Off Period, from using "NAKED" or "NKD," either alone or in combination with other words or symbols, in the marketing, sales, distribution, promotion, advertising, or identification of cannabis and cannabis related products, and for products or services relating to electronic cigarettes, electronic cigarette liquid (e-liquid), oral vaporizers for smoking purposes, or other smoking products or goods in Class 34;

3. Defendant and each of its officers, directors, employees, partners, predecessors, successors, affiliates, assigns, agents, representatives, heirs, and attorneys, and all persons and entities acting for, with, by, through or under it, and any others within its control or supervision, and all others in active concert or participation with the above, are permanently enjoined after the end of the Sell Off Period from using "NAKED" or "NKD" in any form or manner in connection with any business in the United States that is likely to cause the relevant consumer to tend to identify or associate Defendant's businesses or services with Plaintiffs or their products;

4. Defendant, through its counsel, will deliver to Plaintiffs' attorney within thirty (30) days after the end of the Sell Off Period, a written report, under oath, confirming that all Defendant's products bearing the mark "NAKED," either alone or in combination with other words or symbols, including but not limited to the mark "N SIMPLY NAKED THC," have been sold off or destroyed, including, but not limited to, all cartridges and/or liquids, and all literature, signs, labels, prints, packages, wrappers, containers, advertising materials, stationery, and any other items in its possession or control bearing the mark "N SIMPLY NAKED THC;"

5. Defendant will instruct, within thirty (30) days after the end of the Sell Off Period, any print directory, Internet directory, or website that it has caused to display "NAKED," to cease using such marks at the earliest possible date (and Defendant's report referenced in Paragraph 4 will also confirm compliance with the requirements in this paragraph);

6. Plaintiffs will file a Stipulation of Dismissal and an accompanying Proposed Order within ten (10) business days of Plaintiffs receiving a satisfactory written report from Defendant pursuant to Paragraphs 4 and 5 herein;

7. The Parties have had the opportunity to consult with legal counsel of their choice and are fully informed and aware of the legal effect and consequences of this Stipulated Injunction;

8. The Court shall retain jurisdiction over this matter subsequent to the dismissal of the action for the purpose of enforcing the Parties' Settlement Agreement and this injunction.

9. Each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: February 25, 2019

_____
Hon. Cormac J. Carney
United States District Court Judge